## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07cv99999

Velva Sweezer and Steven Moore
v.                                                       FILED
Chicago Police Officer Tyrone Jenkins, et. al.           08CV1818    MJC
                                                         JUDGE SHADUR
                                                         MAGISTRATE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| NAME (Type or print) |
| --- |
| Jon Erickson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jon Erickson |

| FIRM |
| --- |
| Erickson & Oppenheimer, LLC |

| STREET ADDRESS |
| --- |
| 4554 N. Broadway Suite 325 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60640 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6205277 | 773.935.3130 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |