# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Velva Sweezer and Steven Moore
v.
Chicago Police Officer Tyrone Jenkins, et. al.

Case Number: 07cv99999

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

```
FILED
08CV1818    MJC
JUDGE SHADUR
MAGISTRATE DENLOW
```

| | |
|---|---|
| NAME (Type or print) <br> Franco S. La Marca | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Franco S. La Marca | |
| FIRM <br> Erickson & Oppenheimer, LLC | |
| STREET ADDRESS <br> 4554 N. Broadway Suite 325 | |
| CITY/STATE/ZIP <br> Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292220 | TELEPHONE NUMBER <br> 773.935.3130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |