**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of:                                                  Case Number:    08 C 1818

VELVA SWEEZER and STEVEN MOORE

v.

CITY OF CHICAGO, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| |
|---|
| NAME (Type or print)<br>Le'Ora Tyree |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Le'Ora Tyree |
| FIRM    City of Chicago Department of Law |
| STREET ADDRESS    30 North LaSalle Street, Suite 1020 |
| CITY/STATE/ZIP    Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288669 | TELEPHONE NUMBER<br>(312) 744-1056 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |