**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   08 C 01818

Velva Sweezer and Steven Moore

v.

Tyrone Jenkins, Unnamed Chicago Police Officer/Security Guards, Justin Moore, Eric Mitchell, the Chicago Board of Education, and the City of Chicago.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  BOARD OF EDUCATION OF THE CITY OF CHICAGO, Defendant

| |
|---|
| NAME (Type or print) <br> Jennifer Y. Wu |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer Y. Wu |
| FIRM   Board of Education of the City of Chicago |
| STREET ADDRESS   125 S. Clark St., 7th Floor |
| CITY/STATE/ZIP   Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278750 | TELEPHONE NUMBER <br> (773) 553-1700 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?         YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |