**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Velva Sweezer and Steven Moore

v.

Case Number: 08 C 01818

Tyrone Jenkins, Unamed Chicago Police Officer/Security Guards, Justin Moore, Eric Mitchell, the Chicago Board of Education, and the City of Chicago.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Education of the City of Chicago, Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Susan O'Keefe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Susan O'keefe | |
| FIRM | |
| Board of Education of the City of Chicago | |
| STREET ADDRESS | |
| 125 S. Clark St., 7th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6216638 | (773) 553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES      **NO√** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES      **NO√** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | **YES√**      NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES      **NO √** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL         APPOINTED COUNSEL | |