IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VELVA SWEEZER and STEVEN MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 C 1818 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| CHICAGO POLICE OFFICER TYRONE JENKINS) (STAR #5282, UNNAMED CHICAGO POLICE OFFICERS/SECURITY GUARDS, JUSTIN MOORE, ERIC MITCHELL, THE CHICAGO BOARD OF EDUCATION, and THE CITY OF CHICAGO, | ) ) ) ) ) ) ) | Magistrate Judge Denlow  Jury Trial Demanded |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**

J.Erickson, F. La Marca, & M. Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway, Suite 325
Chicago, Illinois 60640

Jennifer Y. Wu
Chicago Board of Education
125 S. Clark, Suite 700
Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' Civil Complaint,** a copy of which is attached hereto and herewith served upon you.

    **DATED** at Chicago, Illinois this 29th day of May, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
312-742-1842
ARDC No. 6294495

/S/ Shneur Z Nathan
Shneur Z. Nathan
Assistant Corporation Counsel