IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VELVA SWEEZER and STEVEN MOORE,<br>         Plaintiffs,<br><br>   vs.<br><br>CHICAGO POLICE OFFICER TYRONE<br>JENKINS) (STAR #5282), UNNAMED<br>CHICAGO POLICE OFFICERS/SECURITY<br>GUARDS, JUSTIN MOORE, ERIC MITCHELL,<br>THE CHICAGO BOARD OF<br>EDUCATION, and THE CITY OF CHICAGO,<br>         Defendants. | 08 C 01818 |

## STIPULATION TO DISMISS COUNTS VII TO XI
## OF PLAINTIFFS' COMPLAINT

**IT IS HEREBY** stipulated by Plaintiffs, VELVA SWEEZER and STEVEN MOORE, by and through their attorneys, ERICKSON & OPPENHEIMER, PC that Counts VII to XI of Plaintiffs' Complaint be dismissed with prejudice with each party to bear its own costs.

ERICKSON & OPPENHEIMER, PC

/s/ Franco S. La Marca
One of the Attorneys for Plaintiffs

Erickson & Oppenheimer, PC
4554 N. Broadway | Suite 325
Chicago, Illinois 60640
1.773.935.3130

**CERTIFICATE OF SERVICE**

       I, Franco La Marca, an attorney, on oath state that I served this attached document and notice on June 4, 2008, upon the below mentioned by electronic filing. Under penalties as provided by law pursuant to Code of Criminal Procedure, the undersigned certifies that the information set forth is true and correct.

L'Ora Tyree
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Ashley Kosztya
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Shneur Z. Nathan
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Patrick Rocks
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

Susan O'Keefe
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

Jennifer Wu
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

                                                  /s/ Franco La Marca
                                                   Franco S. La Marca

ERICKSON & OPPENHEIMER, PC
4554 N. Broadway | Suite 325
Chicago, Illinois 60640
1.773.907.0940