IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VELVA SWEEZER and STEVEN MOORE | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  08 C 01818 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE OFFICER TYRONE JENKINS)(STAR #5282), UNNAMED CHICAGO POLICE OFFICERS/SECURITY GUARDS, JUSTIN MOORE, ERIC MITCHELL, THE CHICAGO BOARD OF EDUCATION, and THE CITY OF CHICAGO, | ) ) ) ) ) ) | Judge Milton I. Shadur Magistrate Judge Morton Denlow  Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   J. Erickson, F. LaMarca, & M. Oppenheimer      Jennifer Y. Wu
      Erickson & Oppenheimer, LLC                    Chicago Board of Education
      4554 N. Broadway, Suite 325                    125 S. Clark, Suite 700
      Chicago, Illinois  60640                       Chicago, Illinois  60603

      Shneur Z. Nathan
      Assistant Corporation Counsel
      30 North LaSalle Street, Suite 1400
      Chicago, Illinois  60602

   **PLEASE TAKE NOTICE** that I have this 28th day of July, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois **Defendant Mitchell's Notice of Filing,** a copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois            PATRICK J. ROCKS
this 28th day of July, 2008.          General Counsel

                                      s/Sabrina Haake
                                      Sabrina Haake
                                      Assistant General Counsel
                                      Board of Education of the City of Chicago
                                      125 South Clark Street, Suite 700
                                      Chicago, Illinois  60603
                                      (773) 553-1700

## CERTIFICATE OF SERVICE

      I, Sabrina Haake, an attorney do hereby certify that I caused the attached **Notice of Filing** to be served upon counsel of record via CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 28th day of July, 2008.

s/Sabrina Haake
