IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VELVA SWEEZER and STEVEN MOORE, ) ) Plaintiffs, ) ) v. ) ) CHICAGO POLICE OFFICER TYRONE ) JENKINS) (STAR #5282, UNNAMED ) CHICAGO POLICE OFFICERS/SECURITY ) GUARDS, JUSTIN MOORE, ERIC MITCHELL, ) THE CHICAGO BOARD OF EDUCATION, ) and THE CITY OF CHICAGO, ) ) Defendants. ) | Case No. 08 C 1818 Judge Shadur Magistrate Judge Denlow Jury Trial Demanded |

## NOTICE OF FILING

**TO:**

J.Erickson, F. La Marca, & M. Oppenheimer        Jennifer Y. Wu &  Suzzane O'Keefe
Erickson & Oppenheimer, LLC                      Chicago Board of Education
4554 N. Broadway, Suite 325                      125 S. Clark, Suite 700
Chicago, Illinois 60640                          Chicago, Illinois 60603

    **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Amended Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' Civil Complaint,** a copy of which is attached hereto and herewith served upon you.

    **DATED** at Chicago, Illinois this 6th day of August, 2008.

                                                                 Respectfully submitted,

30 N.  LaSalle Street, Suite 1400
Chicago, IL 60602                                /S/ Shneur Z Nathan_____
312-742-1842                                     Shneur Z. Nathan
ARDC No. 6294495                                 Assistant Corporation Counsel