**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 1:08 CV 01818

VELVA SWEEZER and STEVEN MOORE v
TYRONE JENKINS) (STAR #5282)
UNNAMED CHICAGO POLICE OFFICERS
SECURITY GUARDS, JUSTIN MOORE,
ERIC MITCHELL, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VELVA SWEEZER & STEVEN MOORE

| | |
|---|---|
| NAME (Type or print) <br> BRENDAN SHILLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ BRENDAN SHILLER | |
| FIRM <br> CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS <br> 4554 N. BROADWAY STREET, SUITE #325 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279789 | TELEPHONE NUMBER <br> 773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |