IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VELVA SWEEZER and STEVEN MOORE )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHICAGO POLICE OFFICER TYRONE )<br>JENKINS)(STAR #5282), UNNAMED )<br>CHICAGO POLICE OFFICERS/SECURITY )<br>GUARDS, JUSTIN MOORE, ERIC MITCHELL, )<br>THE CHICAGO BOARD OF EDUCATION, )<br>and THE CITY OF CHICAGO, )<br>)<br>Defendants. ) | Case No. 08 C 01818<br><br>Judge Milton I. Shadur<br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

To:   *See* Attached Service List.

**PLEASE TAKE NOTICE** that on the <u>3rd day of September, 2008, at 9:15 a.m.</u> Defendant Board shall appear before the Honorable Judge Milton I. Shadur, Courtroom 2303, or before such other Judge sitting in his place and stead, at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANT BOARD'S MOTION TO COMPEL**, a copy of which is attached and hereby served upon you.

Dated at Chicago, Illinois
this 28th day of August, 2008.

PATRICK J. ROCKS
General Counsel

s/ Jennifer Y. Wu
Jennifer Y. Wu
Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1720

### CERTIFICATE OF SERVICE

I, Jennifer Y. Wu, an attorney do hereby certify that I caused the attached **Notice of Motion** to be served upon counsels of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 28th day of August, 2008.

s/ Jennifer Y. Wu

## SERVICE LIST

<u>Attorneys for Plaintiff</u>
Jon F. Erickson
Franco S. LaMarca
Michael Oppenheimer
Erickson and Oppenheimer, LLC
4554 N. Broadway, Suite 325
Chicago, Illinois 60640

<u>Attorney for Eric Mitchell</u>
Sabrina L. Haake
Assistant General Counsel
Board of Education of the City of Chicago
125 S. Clark St., 7th Floor
Chicago, Illinois 60603

<u>Attorneys for City of Chicago</u>
Shneur Z. Nathan
Ashley C. Kosztya
Le'Ora P. Tyree
City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

<u>Attorneys for Tyrone Jenkins</u>
Shneur Z. Nathan
Ashley C. Kosztya
City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602