IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VELVA SWEEZER and STEVEN MOORE,<br>      Plaintiffs,<br><br>    vs.<br><br>CHICAGO POLICE OFFICER TYRONE JENKINS) (STAR #5282), UNNAMED CHICAGO POLICE OFFICERS/SECURITY GUARDS, JUSTIN MOORE, ERIC MITCHELL, THE CHICAGO BOARD OF EDUCATION, and THE CITY OF CHICAGO,<br>      Defendants. | )<br>)<br>)<br>)<br>)    08 C 01818<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF AN ORDER AUTHORIING VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE OR IN THE ALTERNATIVE FOR PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD**

Velval Sweezer and Steven Moore, by their attorneys, Jon F. Erickson, Michael Oppenheimer and Brendan Shiller move this Court for entry of an order allowing them to voluntarily dismiss their Complaint without prejudice pursuant to Rule 41 (2) of the Federal Rules of Civil Procedure, or in the alternative, to allow Jon F. Erickson, Michael Oppenheimer and Brendan Shiller to withdraw as their attorneys and in support states:

1. Irreconcilable differences have arisen between clients and attorney.

                                                ERICKSON & OPPENHEIMER, PC

                                                /s/ Jon F. Erickson
                                                     Jon F. Erickson

Erickson & Oppenheimer, PC
4554 N. Broadway | Suite 325
Chicago, Illinois 60640
1.773.935.3130

## CERTIFICATE OF SERVICE

I, Jon F. Erickson, an attorney, on oath state that I served this attached document and notice on September 3, 2008, upon the below mentioned by electronic filing. Under penalties as provided by law pursuant to Code of Criminal Procedure, the undersigned certifies that the information set forth is true and correct.

L'Ora Tyree
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Ashley Kosztya
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Shneur Z. Nathan
City of Chicago Department of Law
30 N. LaSalle St. | Suite 1020
Chicago, Illinois 60602

Patrick Rocks
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

Susan O'Keefe
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

Jennifer Wu
Board of Education of the City of Chicago
125 S. Clark St. | 7th Floor
Chicago, Illinois 60603

Velva Sweezer
455 W. Evergreen, Apt. 8
Chicago, IL  60610

/s/ Jon F. Erickson
Jon F. Erickson

ERICKSON & OPPENHEIMER, PC
4554 N. Broadway | Suite 325
Chicago, Illinois 60640
1.773.907.0940