IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Velva Sweezer,<br>　　　Plaintiff,<br><br>　　　-vs-<br><br><br>The City of Chicago, et. al.<br>　　　Defendants. | No. 08 cv 01818<br><br>Honorable Judge Shadur |

### NOTICE OF MOTION

　　PLEASE TAKE NOTICE that on September 16, at 9:15 AM, before the Honorable Judge Shadur, I will present the attached **MOTION FOR ENTRY OF AN ORDER AUTHORIING VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE OR IN THE ALTERNATIVE FOR PLAINTIFF'S COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD**, copies of which will be submitted electronically to Defendants' counsels via ECF.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Jon F. Erickson

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Jon F. Erickson, Esq.

### PROOF OF SERVICE

　　I, Jon F. Erickson, an attorney, on oath state that I served the above notice and the document referred therein, to Defendants' counsels electronically via ECF on September 3, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Jon F. Erickson

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Jon F. Erickson, Esq.